**138**

**Ronald Lewis BOYER, Plaintiff,**

v.

**Carolyn M. SHAY, Defendant.**

**No. 50673.**

Missouri Court of Appeals,
Eastern District,
Division Six.

April 22, 1986.

Ronald L. Boyer, pro se.

Paul E. Kovacs, Scott C. Harper, Brinker, Doyen & Kovacs, Clayton, for defendant.

### ORDER

**PER CURIAM.**

Plaintiff's original appeal from dismissal of his petition was denied for want of prosecution; affirmed (675 S.W.2d 147). Plaintiff now appeals from summary dismissal of his repetitious second petition. Affirmed on the principal of res judicata in accordance with Rule 84.16(b).

Defendant's motion for damages for frivolous appeal is denied.

**Sandra Irene WALLACE, Respondent,**

v.

**David Lee WALLACE, Appellant.**

**No. WD 37528.**

Missouri Court of Appeals,
Western District.

April 29, 1986.

David R. Browning, Independence, for appellant.

Guy G. Rice, Independence, for respondent.

Before SHANGLER, P.J., and DIXON and LOWENSTEIN, JJ.

### ORDER

**PER CURIAM.**

Appeal from an order overruling a motion by the non-custodial parent to modify the child support provisions of the decree of dissolution.

Judgment affirmed. Rule 84.16(b).